NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRIAN YUN SUNG,                               )
                                              )
                Appellant,                    )
                                              )
v.                                            )        Case No. 2D17-3452
                                              )
STATE OF FLORIDA,                             )
                                              )
                Appellee.                     )
                                              )
_____ )

Opinion filed April 13, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; John L. Burns, Acting
Circuit Judge.

Brian Yun Sung, pro se.


PER CURIAM.


                Affirmed.


VILLANTI, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.